STATE OF NEW JERSEY v. KAREN CRADDOCK.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIA FERNANDEZ, ET AL.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ROY RICHARDSON.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN M. ALWAY.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT DEMARCO, SR.

February 13, 1986.

Leave to appeal granted.